## WALKER *v.* GEORGIA.

No. 1072.  Decided May 24, 1965.

*Jack Greenberg, James M. Nabrit III* and *Donald L. Hollowell* for petitioner.

*Lewis R. Slaton* and *Carter Goode* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed.  *Hamm* v. *City of Rock Hill* and *Lupper* v. *Arkansas,* 379 U. S. 306.

MR. JUSTICE STEWART would vacate the judgment and remand the case to the Supreme Court of Georgia for reconsideration in the light of supervening federal legislation, in accordance with the views expressed in his dissenting opinion in *Hamm* v. *City of Rock Hill,* 379 U. S. 306, 326.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE would affirm the judgment of the Supreme Court of Georgia for the reasons stated in their dissenting opinions in *Hamm* v. *City of Rock Hill,* 379 U. S. 306, 318, 322, 327.